```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/5/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

　　　　　　-against-

Min Chen,
Huai Weng,
Jiading Li,
Weifa Zhang, and
Xianggan He,

　　　　　　　　　　　　Defendants.

22 Cr. 125 (AT)

**ORDER**

ANALISA TORRES, District Judge:

　　The Court will hold an initial conference for Defendants Min Chen, Weifa Zhang, and Xianggan He on **April 7, 2022**, at **1:00 p.m.**  The conference will use the Court's videoconferencing system.  *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 22, 2021), ECF No. 8 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely.").  Chambers will provide the parties with instructions on how to appear via video.

　　To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone.  Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

　　SO ORDERED.

Dated: April 5, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　ANALISA TORRES
　　　　　　　　　　　　　　　　　　　　　United States District Judge