```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/7/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

　　　　　　　　　-v-

MIN CHEN　　　　　　,

　　　　　　　　Defendant(s).

-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEOCONFERENCE**

22 -CR- 125 (1)(__)

Defendant __MIN CHEN_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___　Initial Appearance/Appointment of Counsel

___　Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___　Preliminary Hearing on Felony Complaint

___　Bail/Revocation/Detention Hearing

_X_　Status and/or Scheduling Conference

___　Misdemeanor Plea/Trial/Sentence

_____
ID jTTrLejuqiZbkZRDTRfdUKyc
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Min Chen**
_____
Print Defendant's Name

_____
ID 5jP4RAayvqr3Ly8y7EqVjeWG
Defense Counsel's Signature

**Todd A. Spodek**
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

April 7, 2022
_____
Date

_____
ANALISA TORRES
United States District Judge