

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/2022
```

April 12, 2022

**BY ECF:**

Hon. Analisa Torres
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

> RE: United States v. Min Chen
> Case No.: 1:22-cr-125-1 (AT)
> <u>Request for an Extension of Time to Satisfy Bond Conditions</u>

Dear Judge Torres:

Please be advised that Spodek Law Group P.C. represents Min Chen, the Defendant in the above-referenced matter. On <u>March 29, 2022</u>, Mr. Chen was released on a 1 million dollar personal recognizance bond to be partially secured by a $500,000 lien on the Garden City property, and three (3) financially responsible persons (FRP). (ECF No.: 12). The remaining conditions were to be met by today, <u>April 12, 2022</u>.

The government has interviewed three prospective FRP. It is my understanding that two (2) of three (3) FRP will be approved. Mr. Chen is working on securing a third FRP for the government's review. Additionally, my office is finlaizing the documents needed in order for Mr. Chen's wife to execute the lien on the Garden City property.

Therefore, Mr. Chen respectfully requests an additional two (2) weeks from today to satisfy the outstanding conditions of release. The government does not object to this request.

GRANTED.

SO ORDERED.

Dated: April 13, 2022
New York, New York

ANALISA TORRES
United States District Judge