

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/10/2022
```

May 6, 2022

**BY ECF:**

Hon. Analisa Torres
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15D
New York, NY 10007

        RE:    United States v. Min Chen
               Case No.: 1:22-cr-125-1 (AT)
               <u>Request for a Permanent Modification of Release Conditions</u>

Dear Judge Torres:

      Please be advised that Spodek Law Group P.C. represents **Min Chen**, the Defendant in the above-referenced matter. On <u>March 29, 2022</u>, Mr. Chen was released on a 1 million dollar personal recognizance bond partially secured by a $500,000.00 lien on the Garden City property, and co-signed by three (3) financially responsible persons (FRP). (ECF No.: 12). On <u>April 12, 2022</u>, Mr. Chen requested a two-week extension of time to meet the conditions of release which Your Honor granted.

      Mr. Chen respectfully requests that the release condition be permanently modified to allow two (2) FRP's instead of three (3) FRP's. Mr. Chen has met all of the other conditions of his release. The Government has no objection to this request.

GRANTED.

SO ORDERED.

Dated: May 10, 2022
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge