UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

Min Chen,
Huai Weng,
Jiading Li,
Weifa Zhang, and
Xianggan He,

    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2022

22 Cr. 125 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant Weng's letter dated May 6, 2022. ECF No. 32. Accordingly, the conference for Defendants Min Chen, Huai Weng, Weifa Zhang, and Xianggan He scheduled for June 27, 2022, is RESCHEDULED to **June 23, 2022**, at **1:00 p.m.** The conference will use the Court's videoconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Apr. 6, 2022), ECF No. 9 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely"). Chambers will provide the parties with instructions on how to appear via video.

    To optimize the quality of the video feed, only the Court, Defendants, defense counsel, and counsel for the Government will appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    Time has been excluded until June 27, 2022, for Defendants Chen, Zhang, and He. *See* Dkt. Entry 4/7/2022 (Chen and Zhang); ECF No. 34 (He). The time between May 10, 2022, and June 23, 2022, is excluded for Defendant Weng under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow time for Defendant to review discovery and ensure effective communication between counsel.

    SO ORDERED.

Dated: May 10, 2022
       New York, New York

ANALISA TORRES
United States District Judge