Case 1:22-cr-00125-AT   Document 41   Filed 06/07/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/7/2022__

U.S. Department

United States
Southern D

The Silvio J. Mo
One Saint Andre
New York, New York

June 6, 2022

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

          **Re:** *United States v. Min Chen, et al.,* **No. S1 22 Cr. 125 (AT)**

Dear Judge Torres:

    The Government respectfully requests, on behalf of all counsel, to adjourn the conference currently scheduled for June 23, 2022, at 1:00 p.m., to the week of September 5, 2022. Defense counsel have informed the Government that they require additional time to review the discovery to consider potential pretrial motions and potential pretrial resolution of the case. Counsel have informed the Government that they are available for a status conference the week of September 5, 2022. Additionally, the Government respectfully requests to exclude time under the Speedy Trial Act, with the consent of all counsel, until the date of the next conference for the reasons stated above.

The conference for Defendants Min Chen, Huai Weng, Weifa Zhang, and Xianggan He scheduled for June 23, 2022, is ADJOURNED to **September 7, 2022**, at **12:00 p.m.**  The conference will use the Court's videoconferencing system.  Chambers will provide the parties with instructions on how to appear via video.

The time between June 23, 2022, and September 7, 2022, is excluded for Defendants Chen, Weng, Zhang, and He under the Speedy Trial Act, 18 U.S.C. § 3161(h) (7)(A), because the ends of justice served by excluding such time outweigh the interests of the public and the Defendants in a speedy trial in that this will allow time for the Defendants to review the discovery, consider pretrial motions, and consider potential pretrial resolution of the case.

SO ORDERED.

Dated: June 7, 2022
       New York, New York

                                                                   ANALISA TORRES
                                                           United States District Judge