```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2022
```

August 25, 2022

**BY ECF:**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    USA v. Min Chen, et al
             Case No.: 1:22-cr-125 (AT)
             Letter Motion to Adjourn Status Conference

Dear Judge Torres:

      I respectfully request, on behalf of all defense counsel, to adjourn the status conference currently scheduled for **September 7, 2022 at 12:00 p.m.** for a period of sixty (60) days. I have discussed this matter with AUSA Thomas Wright who, on behalf of the Government, consents to the adjournment.

      The reason for the adjournment would be for defense counsel to continue to review the discovery, consider potential pretrial motions, and explore potential pretrial resolutions of the individual cases.

      Further, defense counsel consents to the exclusion of time under the Speedy Trial Act until the adjourned date.

      Thank you for your consideration.

GRANTED. The status conference scheduled for September 7, 2022, at 12:00 p.m. is ADJOURNED to **November 8, 2022**, at **12:00 p.m.** It is further ORDERED that the time between September 7, 2022, and November 8, 2022, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow time for the parties to review discovery, consider pretrial motions, and explore pretrial resolutions of the individual cases.

SO ORDERED.

Dated: August 26, 2022
       New York, New York

                                                        ANALISA TORRES
                                                        United States District Judge