USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __12/7/2022__

LAW OFFICES
# Lazzaro Law Firm, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488 1900
TELECOPIER: (718) 488 1927
EMAIL: LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER
ROGER GREENBERG

* ADMITTED IN NY & NJ

December 6, 2022

**Sent via ECF**
Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Min Chen, et al.**
      Case No. 22-cr-125 (AT)

Dear Judge Torres:

   As you are aware, I represent Mr. Weifa Zhang with regards to the above referenced matter which is scheduled for a status conference before your Honor on December 14, 2022. At this time I am respectfully requesting, on behalf of all counsel, to adjourn the conference to a date during the week of January 18th or thereafter so that the parties will have additional time to discuss potential pre-trial dispositions. Additionally all parties are consenting to the exclusion of time under the Speedy Trial Act until the date of the next conference.

   Thank you for your attention herein. If you have any questions and/or concerns with regards to the above please do not hesitate to contact the undersigned.

   GRANTED.  The status conference scheduled for December 14, 2022, is ADJOURNED to **January 24, 2023**, at **10:40 a.m.**  It is further ORDERED that the time between December 14, 2022, and January 24, 2023, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow time for the parties to discuss potential pretrial dispositions.

   SO ORDERED.

Dated: December 7, 2022
       New York, New York

ANALISA TORRES
United States District Judge