UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2023_

UNITED STATES OF AMERICA,

-against-

Min Chen,
Huai Weng,
Jiading Li,
Weifa Zhang, and
Xianggan He,

Defendants.

22 Cr. 125 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The status conference scheduled for January 24, 2023, is ADJOURNED *sine die*.

SO ORDERED.

Dated: January 13, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge