UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      -against-

MIN CHEN,
HUAI WENG,
JIADING LI,
WEIFA ZHANG, and
XIANGGAN HE,

      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2023

22 Cr. 125 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Trial in this matter is scheduled for **October 23, 2023**, at **9:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. Accordingly:

1. By **July 10, 2023**, the parties shall file any pretrial motions. Oppositions to any pretrial motions shall be filed by **July 31, 2023**. Replies, if any, shall be filed by **August 7, 2023**.

2. By **September 25, 2023**, the parties shall submit any motions *in limine*. Oppositions to any motions *in limine* shall be submitted by **October 2, 2023**.

3. By **September 25, 2023**, the parties shall submit all required pretrial filings, including their joint proposed requests to charge, verdict form, and *voir dire* questions. For any proposed *voir dire* question, request to charge, or section of the verdict form on which the parties cannot agree, each party shall clearly set forth its proposal and briefly state why the Court should use that question, charge, or verdict form section, with citations to supporting authority. The parties shall include with their proposed *voir dire* questions a brief description of the case and a list of names and places likely to be mentioned at trial, both to be read to prospective jurors during jury selection.

4. By **September 25, 2023**, the parties shall deliver to the Court two copies of each documentary exhibit sought to be admitted, pre-marked (i.e., labeled with exhibit stickers) and assembled sequentially in a loose-leaf binder or in separate manila folders labeled with the exhibit numbers and placed in a suitable container for ready reference.

5. At the start of trial, the Government shall provide the Court with three hard copies of its exhibit list.

6. The final pretrial conference shall occur on **October 17, 2023**, at **11:00 a.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

It is further ORDERED that the time until October 23, 2023 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendants in a speedy trial in that this will allow time for Defendants to continue to review discovery and consider potential motions and defenses and the parties to discuss potential pretrial resolutions.

This order resolves the parties' requests at ECF No. 51. The Clerk of Court is directed to terminate the motion at ECF No. 51.

SO ORDERED.

Dated: January 18, 2023
         New York, New York

_____
ANALISA TORRES
United States District Judge