

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/2/2023

March 2, 2022

**BY ECF**:

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

        RE:    United States v. Min Chen, et al
              Case No.: 1:22-CR-00125 (AT)
              <u>Letter Motion Seeking Temporary Modification of Release Conditions</u>

Dear Judge Torres:

    Please be advised I represent **Min Chen** in the above captioned action.

    Mr. Chen is currently subject to release conditions as per the <u>March 29, 2022</u> order (ECF No.: 13), as modified by subsequent order (ECF No.: 36). Mr. Chen is subject to a location restriction, home incarceration with location monitoring, as part of his conditions of release. We respectfully submit this letter requesting one temporary modification of Mr. Chen's release conditions.

    Mr. Chen seeks permission from the court to travel outside of his home for a job interview on <u>March 3, 2023</u>. Mr. Chen has an interview scheduled with Seasonfresh Supermarket, at their store location: 2046 Lakeville Rd, New Hyde Park, NY 11040.

    All other restrictions on Mr. Chen will remain in place and the temporary modifications permitting him to travel outside of his home will terminate upon his return to his home at the conclusion of the interview, at the latest by 6:00 PM <u>March 3, 2023</u>.

    I have spoken with AUSA Cecilia Vogel regarding this request and her office has no objection to the requested temporary modification. I have also spoken with USPO Jonathan Lettieri and Pretrial Services has no objection to the requested temporary modification.

    If Your Honor has any questions, or concerns, I am available to address them. Please feel free to reach out to me by email, at ts@spodeklawgroup.com, or by phone at 347-292-8633.

GRANTED.

SO ORDERED.

Dated: March 2, 2023
       New York, New York

                                    ANALISA TORRES
                               United States District Judge