```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MIN CHEN,
HUAI WENG,
JIADING LI,
WEIFA ZHANG, and
XIANGGAN HE,

       Defendants.

22 Cr. 125 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court has reviewed the Government's letter dated June 20, 2023. ECF No. 65. The Government requests "that [Defendants Xianggan He, Huai Weng, and Weifa Zhang] be detained pending sentencing pursuant to [18 U.S.C. §] 3143(a)(2)." *Id.* at 2. By **June 28, 2023**, Defendants He, Weng, and Zhang shall file their response.

  SO ORDERED.

Dated: June 21, 2023
   New York, New York

                *[signature]*
                ANALISA TORRES
               United States District Judge