USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/29/2023_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------ x
:
UNITED STATES OF AMERICA :
: **ORDER**
- v. - :
:
MIN CHEN, :
HUAI WENG, : S1 22 Cr. 125 (AT)
JIADING LI, :
WEIFA ZHANG, and :
XIANGGAN HE, :
:
Defendants. :
------------------------------ x

WHEREAS, with the consent of defendants Xianggan He, Huai Weng, and Weifa Zhang, their guilty plea allocutions were made before a United States Magistrate Judge on June 15, 2023;

WHEREAS, a transcript of each allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcripts, this Court has determined that the defendants Xianggan He, Huai Weng, and Weifa Zhang entered their guilty pleas knowingly and voluntarily and that there was a factual basis for the guilty pleas;

IT IS HEREBY ORDERED that the guilty pleas of defendants Xianggan He, Huai Weng, and Weifa Zhang are accepted.

GRANTED.

SO ORDERED.

Dated: June 29, 2023
New York, New York

ANALISA TORRES
United States District Judge