```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __7/6/2023__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
:
UNITED STATES OF AMERICA                                     :
:              **ORDER**
- v. -                                                       :
:
MIN CHEN,                                                    :
HUAI WENG,                                                   :    S1 22 Cr. 125 (AT)
JIADING LI,                                                  :
WEIFA ZHANG, and                                             :
XIANGGAN HE,                                                 :
:
       Defendants.                                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

        WHEREAS, on June 29, 2023, the Court accepted the guilty pleas of defendants Xianggan He, Huai Weng, and Weifa Zhang, to Count One of the Superseding Indictment, which charged conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846;

        WHEREAS, on June 29, 2023, the Court granted the Government's motion to detain defendants Xianggan He, Huai Weng, and Weifa Zhang pending sentencing pursuant to 18 U.S.C. § 3143(a)(2); and

        WHEREAS, as of on or about July 5, 2023, defendant Xianggan He has absconded from pretrial supervision in the Central District of California, the district of his residence, and the Court has issued a warrant for the arrest of defendant Xianggan He;

        IT IS HEREBY ORDERED that defendants Xianggan He, Huai Weng, and Weifa Zhang be detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2) and are remanded to the custody of the U.S. Marshals;

        IT IS HEREBY ORDERED that defendant Xianggan He surrender to the custody of the U.S. Marshals in the Central District of California immediately; and

IT IS HEREBY ORDERED that defendants Huai Weng and Weifa Zhang surrender to the custody of the U.S. Marshals in the Southern District of New York at 500 Pearl Street no later than July 21, 2023, at noon.

SO ORDERED:

Dated:    New York, New York
         July 6            , 2023

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK