UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MIN CHEN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/2023

22 Cr. 125 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The pretrial conference scheduled for October 17, 2023, and related pretrial deadlines, ECF No. 52, are ADJOURNED *sine die*.

The trial scheduled for October 23, 2023, is ADJOURNED to **January 29, 2024**, at **9:00 a.m.**

SO ORDERED.

Dated: August 9, 2023
    New York, New York

ANALISA TORRES
United States District Judge