

U.S. Depart...

United State...
Southern Di...

*The Silvio J. Mollo*
*One Saint Andrew...*
*New York, New Yor...*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/14/2023

August 14, 2023

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

           **Re:** *United States v. Min Chen, et al.,* **No. S1 22 Cr. 125 (AT)**

Dear Judge Torres:

      On August 9, 2023, the Court adjourned trial in this matter until January 29, 2024. The Government respectfully requests to exclude time under the Speedy Trial Act as to defendant Min Chen until January 29, 2024, in order to permit the parties to use the additional time to continue discussions regarding a potential pre-trial disposition and to provide the defendant with additional time to prepare for trial. Defendant Min Chen requests to this request through his counsel.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

      by: _____
               Cecilia E. Vogel
               Thomas Wright
               Assistant United States Attorneys
               (212) 637-1084

GRANTED.

SO ORDERED.

Dated: August 14, 2023
       New York, New York

                                          ANALISA TORRES
                                         United States District Judge