USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/14/2023__

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2023

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Min Chen*, **22 CR 125 (KPF)**

Dear Judge Torres,

    The Government respectfully submits this letter on behalf of the parties to report that the parties have reached a pretrial disposition and request to appear before the Court on November 27, 2023, November 28, 2023, or another date thereafter as the schedule of the Court permits for a change of plea hearing.

                        Respectfully,

                        DAMIAN WILLIAMS
                        United States Attorney

    Defendant shall appear for a change-of-plea hearing on **November 28, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated:  November 14, 2023
          New York, New York

                        ANALISA TORRES
                        United States District Judge