UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

MIN CHEN,

                           Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/28/2023_

22 Cr. 125-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The trial scheduled for January 29, 2024, is ADJOURNED *sine die.*

    SO ORDERED.

Dated: November 28, 2023
       New York, New York

                                                 ANALISA TORRES
                                       United States District Judge