

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  05/01/2024
```

May 1, 2024

**By ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Min Chen*, 22 CR 125 (AT)

Dear Judge Torres,

    The Government respectfully submits this letter on behalf of the parties to request respectfully an adjournment of the sentencing scheduled for May 14, 2024 at 11:00 AM to a date and time of convenience to the Court during the week of Monday, June 24, 2024, when the parties are available at present during the afternoon on Thursday, June 27, 2024 and all day on Friday, June 28, 2024, or thereafter.  Based on its communications with counsel for the defendant, Mr. Todd Spodek, Esq., the Government has confirmed that both parties require additional time to set their positions at sentencing and to prepare their sentencing submissions based on their receipt of certain information concerning still pending matters involving the defendant, which the time period of the requested adjournment will permit.

                              Respectfully,

                              DAMIAN WILLIAMS
                              United States Attorney

GRANTED.  The sentencing scheduled for May 14, 2024, is ADJOURNED to **July 2, 2024**, at **4:00 p.m.**  Defendant's sentencing submission is due by **June 14, 2024**.  The Government's sentencing submission is due by **June 21, 2024**.

SO ORDERED.

Dated: May 1, 2024
       New York, New York

                              ANALISA TORRES
                           United States District Judge