```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/18/2024
```

------------------------------- x
                                :
UNITED STATES OF AMERICA        :
                                :          **ORDER**
         - v. -                 :
                                :
MIN CHEN,                       :
                                :          S1 22 Cr. 125 (AT)
         Defendant.             :
                                :
------------------------------- x

        WHEREAS, on November 28, 2023, the Court accepted the guilty plea of defendant Min Chen to Count One of the Superseding Indictment, which charged conspiracy to distribute and possess with intent to distribute controlled substances, in violation of 21 U.S.C. § 846; and

        WHEREAS, on June 17, 2024, the Government and defendant Min Chen requested a further adjournment of the sentencing of defendant Min Chen; and

        WHEREAS, as of June 17, 2024, there is no longer any exceptional reasons that would make the detention of defendant Min Chen pending sentencing not appropriate pursuant to 18 U.S.C. § 3145(c);

        IT IS HEREBY ORDERED that defendant Min Chen now be detained pending sentencing pursuant to 18 U.S.C. § 3143(a)(2), and be remanded to the custody of the United States Marshals Service; and

IT IS HEREBY ORDERED that defendant Min Chen surrender to the custody of the United States Marshals Service in the Southern District of New York at 500 Pearl Street, New York, NY 10007 no later than June 21, 2024, at 10:00 AM.

SO ORDERED.

Dated: June 18, 2024
      New York, New York

_____
THE HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK