UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MIN CHEN,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/18/2024

22 Cr. 125-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Due to scheduling conflicts, the sentencing scheduled for September 3, 2024, is ADJOURNED to **September 17, 2024**, at **1:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, NY 10007.

SO ORDERED.

Dated: July 18, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge