UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

MIN CHEN,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/20/2024

22 Cr. 125-1 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On June 18, 2024, the Court ordered Defendant to file his sentencing submission by August 16, 2024. ECF No. 134. That submission is now overdue.

Accordingly, by **August 26, 2024**, Defendant shall file his sentencing submission, and by **September 3, 2024**, the Government shall file its submission.

SO ORDERED.

Dated: August 20, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge