```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/2025
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------

**THE UNITED STATES OF AMERICA**     :
                                     :
                                     :
         - against -                 :     **Criminal No.**: 22-cr-00125
                                     :
**MIN CHEN**                         :
                                     :
                                     :
                    Defendant.       :

-------------------------------------------------------------------

### ORDER FOR LIFTING THE GOVERNMENT'S LIEN ON THE DEFENDANT'S RESIDENCE

The Court, having read and considered the Defense's letter motion, dated March 5, 2025, which requested the lifting of the Government's lien on the Defendant's 80 Stratford Avenue, Garden City, New York 11530 residence, and finding good cause, therefore, orders that the lien be lifted.

**ORDERED**, that Defendant's Motion is **GRANTED**.

_____
ANALISA TORRES
United States District Judge

_____
March 6, 2025
Dated